George Palen SNOW and Carmel Snow, Appellees, v. Joseph P. MARCELLE, Collector of Internal Revenue, Appellant.

No. 68, Docket 21777.

United States Court of Appeals Second Circuit.

Argued Dec. 6, 1950.

Decided Dec. 22, 1950.

Frank J. Parker, U. S. Atty., Brooklyn, N. Y., Theron L. Caudle, Asst. Atty. Gen., Washington, D. C., Frederic G. Rita, Sp. Asst. to Atty. Gen. (Ellis N. Slack, A. F. Prescott, Sp. Assts. to Atty. Gen., of counsel), for appellant.

Charles Korn, New York City, for appellees.

Before L. HAND, SWAN and CHASE, Circuit Judges.

## PER CURIAM.

Judgment affirmed upon Judge Kennedy's opinion in the District Court, 90 F.Supp. 37.

UNITED STATES of America, Appellant, v. Frank WALLACE and R. M. Makemson, doing business as Wallace and Wallace, a partnership, Appellees.

No. 12529.

United States Court of Appeals Ninth Circuit.

Dec. 20, 1950.

H. G. Morison, Asst. Atty. Gen., Frank E. Flynn, U. S. Atty., E. R. Thurman, Asst. U. S. Atty., Phoenix, Ariz., George A. Fruit, Attorney, Dept. of Justice, Washington, D. C., (Joseph M. Friedman, Sp. Asst. to Atty. Gen., J. Gregory Bruce and John G. Roberts, Attorneys, Dept. of Justice, Washington, D. C., of counsel) for appellant.

Evans, Hull, Kitchel & Jenckes and Norman S. Hull, all of Phoenix, Ariz., for appellee.

Before STEPHENS and HEALY, Circuit Judges, and MATHES, District Judge.

## PER CURIAM.

The judgment of the District Court is affirmed. See United States v. Pacific Fruit and Produce Co., 9 Cir., 1943, 138 F.2d 367, cf. Bolten v. General Motors Corp., 7 Cir., 1950, 180 F.2d 379.